Case 4:21-cv-01011-P   Document 1   Filed 08/30/21   Page 1 of 4 PageID 1

U.S. DISTRICT COURT
FILED
AUG 30 2021
CLERK, U.S. DISTRICT COURT
Deputy

## §108'.1.10. PETITION FOR WRIT OF HABEAS CORPUS - DENIAL OF BAIL. TEXAS

### TO THE HONORABLE, THE JUDGES OF THE COURT:

4-21CV-1011P

### RELATOR ED GRIFFIN

1) RELATOR WAS ARRESTED ON OR ABOUT 05/11/21 11/17/20 CHARGED WITH MIS. D.W.I, ASS. DEADLY WEAPON

2) RELATOR HAS BEEN CONFINED IN THE TARRANT COUNTY JAIL, FT. WORTH, TEXAS. SINCE 05/12/21 AND IS STILL SO UNLAWFULLY CONFINED AND DEPRIVED OF HIS LIBERTY.

3) THE RELATOR IS BEING DETAINED WITHOUT BAIL IN VIOLATION OF TEXAS CONSTITION.

4) THE DENIAL OF BAIL DEPRIVES RELATOR OF AN OPPORTUNITY TO UNHAMPERED PREPARATION OF HIS DEFENSE IN THAT IT HANDICAPS HIM IN CONSULTING WITH COUNSEL AND OTHERWISE PARTICIPATION AND AIDING IN THE PREPARATION OF HIS DEFENSE.

5.) IT PUNISHES THE RELATOR IN ABSENSE OF A CONVICTION.

6) IT DESTROYS THE PRESUMPTION OF INNOCENCE

7) IT KEEPS THE RELATOR IN COSTODY UPON MERE SUSPICION.

8.) THE UNLAWFUL DETENTION OF THE RELATOR HAS RESULTED IN THE BASIC DENIAL OF HIS CONSTITIONAL RIGHT OF DUE PROCESS AND THE DENIAL OF A BAIL IS VIOLATIVE OF HIS RIGHT UNDER TEXAS STATE CONSTITION.

WHEREFORE, PETITIONER RESPECTFULLY REQUESTS THAT A WRIT OF HABEAS CORPUS ISSUE AND THAT THIS HONORABLE COURT FIX A DATE FOR A HEARING AS PROMPTLY AS LITTLE AS 3 TO 5 DAYS AND THAT RELATOR BE PRODUCED AT THE HEARING, IF A PRIMA FACIE CASE BE ESTABLISHED, THAT REASONABLE BAIL BE SET; OTHERWISE THAT THE RELATOR BE DISCHARGED.

DATED: 08/16/21

RESPECTFULLY SUBMITTED,

X _____ ;ED GRIFFIN
RELATOR

DAVID C. JONES
ATTORNEY

ED GRIFFIN #0228331
748-10CBU
100. N. LAMAR
FT. WORTH, TEXAS
76102

LEGAL MAIL

U.S. DISTRICT COURT
501. W. 10TH ST. UNIT 310
FT. WORTH, TEXAS
76102

U.S. POSTAGE >> PITNEY BOWES
ZIP 76196 $ 000.71⁰
02 1W
0001399895 AUG 26 2021

LEGAL MAIL

LEGAL MAIL

TARRANT COUNTY JAIL MAILROOM

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL